# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO MANUEL PEREZ,<br><br>        Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>        Respondent. | 1:08-CV-001701 WMW HC<br><br>ORDER REQUIRING FURTHER BRIEFING ON MOTION TO AMEND PETITION<br><br>[Doc. 6] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 21, 2008, Petitioner filed a motion to amend his petition to reflect the correct Respondent. In order to rule on Petitioner's motion, the court must have additional information. Accordingly, Petitioner SHALLl, within 30 days of the date of service of this order, file an amendment to his motion, explaining whether he is currently serving his California sentence and why he is currently incarcerated in Mississippi. See Rule 2, Rules Governing Section 2254 Cases.

IT IS SO ORDERED.

Dated:   January 22, 2009                    /s/  William M. Wunderlich
                                                                  UNITED STATES MAGISTRATE JUDGE