1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT FOR THE

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    LINO MANUEL PEREZ,                        1:08-cv-1701 WMW (HC)

12              Petitioner,                     ORDER GRANTING APPLICATION FOR
                                                FIRST ENLARGEMENT OF TIME WITHIN
13         vs.                                  WHICH TO FILE AN ANSWER TO THE
                                                PETITION FOR WRIT OF HABEAS
14    STATE OF CALIFORNIA, Warden,              CORPUS

15              Respondent.                     (DOCUMENT #15)

16    _____/         THIRTY DAY DEADLINE

17         IT IS HEREBY ORDERED that the application for first enlargement of time within

18    which to file an answer to the petition for writ of habeas corpus be granted enlarging by thirty

19    (30) additional days the time for Respondent to file a responsive pleading and allowing

20    Respondent to and including April 15, 2009, to file such pleading.

21

22    IT IS SO ORDERED.

23    **Dated:    March 5, 2009**              _____/s/  William M. Wunderlich_____
                                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28